IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                        No. 4:04CR00134-4 GH

MIKEL M. MUDALLAL                                                                        DEFENDANT

**ORDER**

By order filed on May 9th, the Court granted defendant's motion to temporarily modify the conditions of his release and to release his passport so that he can travel to Amman, Jordan to attend his brother's surgery and to stay for a period of two to three weeks. Defendant had represented in his motion that his wife and children will not travel to Jordan and will stay in Torrance, California where they live. The Court directed the probation officer supervising defendant to impose any conditions deemed necessary to insure that defendant will return to the United States.

After further review, the Court is persuaded that the condition of defendant's pretrial release that defendant's family submit their passports to the supervising probation officer should be imposed as a condition now. Therefore, the granting of defendant's motion to temporarily modify the conditions of his release and to release his passport so he can travel to Jordan is conditioned on defendant's family in California submitting their passports to the supervising probation officer before defendant is issued a travel permit. The family's passports will be returned to them once defendant submits his passports to the probation office upon his return to the United States.

IT IS SO ORDERED this 11th day of May, 2006.

/s/ George Howard, Jr.
UNITED STATES DISTRICT JUDGE